UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMIEN ELWOOD MOTTER,<br>    Plaintiff, | :<br>:   CASE NO. 3:14-CV-1976<br>: |
| v. | :<br>:   (JUDGE NEALON) |
| JOHN DOE, et al.,<br>    Defendants | :<br>: |

## ORDER

**NOW**, THIS 14th DAY OF JANUARY, 2015, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

2. Plaintiff's claims against all Defendants in their official capacities are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's requests for relief in both compensatory and punitive monetary damages in specific amounts are **STRICKEN** from the complaint;

4. Plaintiff's state medical malpractice negligence claim is **DISMISSED WITHOUT PREJUDICE**;

5. Plaintiff's Eighth and Fourteenth Amendment claims are **DISMISSED WITHOUT PREJUDICE**; and

6. Plaintiff is **DIRECTED** to file an amended complaint within twenty (20) days of the date of this Order in accordance with the Memorandum. If Plaintiff fails to timely file an amended complaint, the action may be dismissed.

                                                          _____
                                                          **United States District Judge**